ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
TYRONE DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TYRONE DAVIS,<br><br>  Defendant_____/ | No.  CR 12-00500 YGR<br><br>**STIPULATION AND PROPOSED ORDER ALLOWING DEFENDANT TIME WITH FAMILY ON CHRISTMAS EVE** |

Mr. Davis is residing at the halfway house as a condition of his release. He has young children. After consulting with Pretrial Services and with their concurrence, IT IS STIPULATED between the parties that Mr. Davis may leave the halfway house to spend time with his children between the hours of noon and 6 p.m. on December 24, 2012.

**SO STIPULATED**.

MELINDA HAAG
United States Attorney


DATED: December 18, 2012         By:   /S/Benjamin Patrick Tolkoff
                                 BENJAMIN P. TOLKOFF
                                 Assistant United States Attorney

///

Stipulation, United States v. Davis

| | |
|---|---|
| DATED: December 18, 2012 | By: /S/Erik Babcock<br>ERIK BABCOCK<br>Counsel for Defendant |
| **SO ORDERED**.<br><br>DATED: December 19, 2012 | [GRANTED — signed by Judge Donna M. Ryu]<br><br>DONNA M. RYU<br>UNITED STATES MAGISTRATE JUDGE |