MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN TOLKOFF (CABN 288816)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TYRONNE DAVIS,<br><br>    Defendant. | No. CR 12-0500 YGR<br><br>STIPULATION AND **ORDER** TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: May 16 to May 30, 2013<br>Time: 2:00 p.m. |

On May 16, 2013, the parties appeared before the Court for a status conference. The parties informed the Court that a resolution of the case had been negotiated and provided the Court with a copy of a proposed plea agreement. The parties requested that the matter be scheduled for a change of plea on May 30, 2013. The parties further request that the time between May 16 and May 30, 2013 be excluded from the running of the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(1)(G) which excludes any time "resulting from consideration by the court of a proposed plea agreement to be entered into by the defendant and the attorney for the Government." *Id*.

//

STIP. & ORD. TO EXCLUDE TIME
U.S. v. DAVIS; CR 12-0500 YGR

SO STIPULATED.

DATED: May 16, 2013.                    /s/
                                        _____
                                        BENJAMIN TOLKOFF
                                        Assistant United States Attorney


DATED: May 16, 2013.                    /s/
                                        _____
                                        ERIK BABCOCK
                                        Attorney for TYRONNE DAVIS


    For the reasons stated, this matter is continued until May 30, 2013 for a change of plea. The time between May 16 and May 30, 2013 shall be excluded from the running of the speedy trial clock pursuant to 18 U.S.C § 3161(h)(1)(G), as the Court is considering a proposed plea agreement.

IT IS SO ORDERED.

DATED: May 17, 2013.                    _____
                                        HON. YVONNE GONZALEZ-ROGERS
                                        United States District Court Judge